Case 1-09-10146-MJK,    Doc 1,    Filed 01/15/09,    Entered 01/15/09 12:12:17,
Description: Main Document , Page 5 of 17